McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00303-GEB |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AGAINST DEFENDANT MIGUEL ANDRADE** |
| v. | |
| SESAR PRADO, et al., | |
| Defendants. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant Miguel Andrade in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant be recalled.

Dated: September 18, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1